<partyblock>

The People of the State of New York, Respondent,

against

Ibrahim Issa and Daimner Consulting Group, Appellants.

Craig T. Bumgarner, P.C. (Ellen A. Faulkner of counsel), for appellant.

Joseph A. Charbonneau, for respondent.

Appeal from two judgments of the Justice Court of the Town of Carmel, Putnam County (Joseph J. Spofford, Jr., J.), rendered October 30, 2017. The judgments convicted defendants, respectively, after a joint nonjury trial, of erecting three decks without building permits, and imposed sentences.

ORDERED that the judgments of conviction are reversed, on the law, the accusatory instruments are dismissed, and the fines, if paid, are remitted.

In July 2015, each defendant [FN1]

was arraigned on a separate accusatory instrument charging the erection of three decks without building permits in violation of Carmel Town Code  156-6 and 156-72 (A). Following a nonjury trial, defendants were convicted of all charges and were sentenced to pay fines in the sum of $250.

Since the accusatory instruments are not verified in a manner set forth in CPL 100.30, they are not valid and the Justice Court never obtained jurisdiction over defendants (see CPL 100.15; Matter of Shirley v Schulman, 78 NY2d 915, 917 [1991]; People v Gantz, 60 Misc 3d 140[A], 2018 NY Slip Op 51271[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2018]; People v Smith, 22 Misc 3d 131[A], 2009 NY Slip Op 50166[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2009]; People v Kessman Bros., 2002 NY Slip Op 50653[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2002]). In view of the foregoing, the accusatory instruments must be dismissed. We reach no other issue.

Accordingly, the judgments of conviction are reversed and the accusatory instruments are dismissed.

ADAMS, P.J., RUDERMAN and EMERSON, JJ., concur.

ENTER:

Paul Kenny

Chief Clerk

Decision Date: March 21, 2019

Footnotes

Footnote 1:Both defendants are the registered owners of the property in question, and defendant Ibrahim Issa is a principal of defendant Daimner Consulting Group.

<form method="LINK" action="../../slipidx/at_2_idxtable.shtml">

<input type="submit" value="Return to Decision List">

</form>

</partyblock>